# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SINCLAIR CATTLE COMPANY, INC.,** : | CIVIL ACTION NO. 1:14-CV-1144 |
| **Plaintiff** : | (Chief Judge Conner) |
| v. : | |
| **JEFFREY WARD and** : | |
| **REBECCA WARD**, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 21st day of January, 2015, upon consideration of defendants' motion (Doc. 10) to dismiss for improper venue or, in the alternative, to transfer or stay the above-captioned action, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that defendants' motion (Doc. 10) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Judge
Middle District of Pennsylvania