IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SINCLAIR CATTLE COMPANY, INC.,** : | **CIVIL ACTION NO. 1:14-CV-1144** |
| : | |
| **Plaintiff** : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **JEFFREY G. WARD and** : | |
| **REBECCA WARD,** : | |
| : | |
| **Defendants** : | |

# ORDER

AND NOW, this 16th day of October, 2015, upon consideration of plaintiff's motion (Doc. 44) to strike defendants' answer (Doc. 39) in its entirety or in part, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 44) to strike is GRANTED in part as follows:

    a. Plaintiff's motion is GRANTED without prejudice with respect to paragraphs 2, 4, 6, 8, 11, 13, 16-19, 21-23, 26-47, 49-53, 55-58, 60-87, 89, 91, 92, 94-98, 100-114, 116-120, 122-125, 127, 130-136, 138-146, 148-152, 154-165, 167-178, 180-186, 188-196, 198-201, 203, 204, 206-209, and to defendants' unnumbered "General Denial" (Doc. 39 at 3).

    b. Plaintiff's motion is GRANTED with prejudice with respect to defendants' thirteenth affirmative defense, at paragraph 222.

2. Plaintiff's motion is DENIED in all other respects.

3. Defendants are granted leave to amend their answer within twenty (20) days of the date of this order, consistent with paragraph 1 above.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania